UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD CREEL,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC., et al.<br><br>          Defendants. | No.  2:25-cv-01957-TLN-CKD<br><br>**ORDER** |

On August 29, 2025, Plaintiff Chad Creel ("Plaintiff"), proceeding *pro se*, filed an *ex parte* motion for a temporary restraining order.  (ECF No. 5.)  On September 5, 2025, the magistrate judge issued findings and recommendations that Plaintiff's motion for temporary restraining order be denied.  (ECF No. 12.)  Plaintiff was informed that he could file objections to the findings and recommendations within fourteen days after being served.  (*Id.*)  Plaintiff did not timely file objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The September 5, 2025 findings and recommendations are adopted in full; and

2. Plaintiff's motion for temporary restraining order (ECF No. 5) is denied.

IT IS SO ORDERED.

Date: September 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE