UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHAD MICHAEL CREEL,

Plaintiff,

v.

AMAZON.COM, INC., et al.,

Defendants.

No. 2:25-cv-01957-TLN-CKD

**ORDER**

Plaintiff is proceeding in this action *pro se* and *in forma pauperis*.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  Plaintiff has filed objections, in which he seeks leave to amend the complaint a second time.  (ECF No. 19.)  However, nothing in the objections suggest the "new evidence" Plaintiff describes will support a federal claim under the legal standards set forth in the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1. The findings and recommendations filed on February 24, 2026 (ECF No. 18), are ADOPTED IN FULL;

2. The First Amended Complaint (ECF No. 14) is DISMISSED with prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2