UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| CHAD MICHAEL CREEL, | No. 26-2449 |
| Plaintiff - Appellant, | D.C. No. 2:25-cv-01957-TLN-CKD Eastern District of California, Sacramento |
| v. | ORDER |
| AMAZON.COM, INC.; et al., |  |
| Defendants - Appellees. |  |

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT